# United States Court of Appeals for the Federal Circuit

———————————————

January 13, 2014

**ERRATA**

———————————————

Appeal No. 2013-1165

**NAZOMI COMMUNICATIONS, INC.,**
*Plaintiff-Appellant,*

**v.**

**NOKIA CORPORATION AND NOKIA INC.,**
*Defendants,*

**AND**

**AMAZON.COM, INC.,**
*Defendant,*

**AND**

**WESTERN DIGITAL CORPORATION AND WESTERN DIGITAL TECHNOLOGIES, INC.,**
*Defendants-Appellees,*

**AND**

**SLING MEDIA, INC.**
*Defendant-Appellee,*

**AND**

**VIZIO, INC.,**
*Defendant.*

Decided:  January 10, 2014
Precedential Opinion

_____

Please make the following change:

Page 4, line 3, change "principle" to "principal."